UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 3:25-cr-98

vs.

MELVIN KIRK HOLLIDAY,

District Judge Michael J. Newman

Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE HIS UNREDACTED MOTION TO SUPPRESS AND CERTAIN EXHIBITS TO THE MOTION TO SUPPRESS UNDER SEAL (Doc. No. 36)**

---

This matter comes before the Court upon Defendant's unopposed motion, made through counsel, to file his unredacted motion to suppress and Exhibits A, B, and C to the motion to suppress under seal. Doc. No. 36. Pursuant to *Shane Group*, no document may be filed under seal without the Court's prior approval as to each such filing, upon motion and for good cause shown, including the legal basis for filing under seal. *See United States v. Campbell*, No. 1:19-cr-25, 2021 WL 1975319, at *3 (S.D. Ohio May 18, 2021) (*Shane Group* requirements apply in criminal cases). The Court finds that: (1) there is a compelling interest in maintaining the confidentiality of these documents based on the sensitive and private nature of the matters; (2) the interest in maintaining the confidentiality outweighs the public's interest in accessing the documents because public disclosure could result in undue harm and injury to otherwise innocent third-party individuals and the public at large; and (3) the request is narrowly tailored. *See Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016).

For good cause shown, the Court **GRANTS** Defendant's unopposed motion to file his unredacted motion to suppress and Exhibits A, B, and C to the motion to suppress under seal. Doc. No. 36.

**IT IS SO ORDERED.**

November 3, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge